# United States Court of Appeals

### For the Eighth Circuit

_____

No. 23-2112

_____

Cordarious Q. Willis

*Plaintiff - Appellant*

v.

Chynna Thomas, Correctional Sergeant, Arkansas Division of Correction;
Roderick Johnson, Corporal, Correctional Officer, Arkansas Division of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: April 1, 2024
Filed: April 4, 2024
[Unpublished]

_____

Before SHEPHERD, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Cordarious Willis appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After a careful review, we conclude that the district court did not err in granting judgment for the defendants. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall, Jr., then Chief Judge, now United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.